# United States District Court

DISTRICT OF Massachusetts

Mr. Jason A. Morris
Plaintiff

V.

Ms. Carol A. Mici
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Mr. Jason A. Morris declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant         [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Shirley Medium Prison, P.O. Box #1218

   Are you employed at the institution? NO    Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes  N/A  [ ] No
   b. Rent payments, interest or dividends             [ ] Yes  N/A  [ ] No
   c. Pensions, annuities or life insurance payments   [ ] Yes  N/A  [ ] No
   d. Disability or workers compensation payments      [ ] Yes  N/A  [ ] No
   e. Gifts or inheritances                            [ ] Yes  N/A  [ ] No
   f. Any other sources                                [X] Yes       [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. Petitioner's Mother sends money once a Month if He is lucky.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20040517 09:09

Page : 1

| Commit# : | W60247 | MCI SHIRLEY (MEDIUM) |
| --- | --- | --- |
| Name : | MORRIS, JASON, , | Statement From  20031110 |
| Inst : | MCI SHIRLEY (MEDIUM) | To  20040510 |
| Block : | F-2 | |
| Cell/Bed : | 55 /55B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $1,018.27 | $987.82 | $0.00 | $0.00 |
| 20031111 22:30 | CN - Canteen | 1946445 | | SHI | ~Canteen Date : 20031111 | $0.00 | $25.19 | $0.00 | $0.00 |
| 20031118 22:30 | CN - Canteen | 1977216 | | SHI | ~Canteen Date : 20031118 | $0.00 | $5.24 | $0.00 | $0.00 |
| 20031208 09:33 | ML - Mail | 2054502 | | SHI | ~TRAV EXP# 4366684363~FOURNIER, JAMES, , | $260.00 | $0.00 | $0.00 | $0.00 |
| 20031208 09:34 | ML - Mail | 2054506 | | SHI | ~BIG Y# 4348823738~MORRIS, CARTER, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:40 | IS - Interest | 2065108 | | SHI | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031209 22:30 | CN - Canteen | 2077658 | | SHI | ~Canteen Date : 20031209 | $0.00 | $33.18 | $0.00 | $0.00 |
| 20031211 12:01 | IC - Transfer from Inmate to Club A/c | 2092102 | | SHI | ~MAIL - MICHELLE KING DISTRICT ATTY OFFICE 2 MAIN ST, WORCESTER MA 01608~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20031215 16:15 | IC - Transfer from Inmate to Club A/c | 2102158 | | SHI | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20031216 22:30 | CN - Canteen | 2108038 | | SHI | ~Canteen Date : 20031216 | $0.00 | $26.74 | $0.00 | $0.00 |
| 20031218 11:39 | IC - Transfer from Inmate to Club A/c | 2123251 | | SHI | ~LEGAL MAIL - PROPERTY~PROPERTY SHIPPING CHARGE - Z49~PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20031230 22:30 | CN - Canteen | 2171608 | | SHI | ~Canteen Date : 20031230 | $0.00 | $9.61 | $0.00 | $0.00 |
| 20040105 10:06 | ML - Mail | 2192481 | | SHI | ~POSTAL# 05886598814~MORRIS, CARTER, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040106 22:30 | CN - Canteen | 2200242 | | SHI | ~Canteen Date : 20040106 | $0.00 | $12.53 | $0.00 | $0.00 |
| 20040107 08:05 | ML - Mail | 2201389 | | SHI | ~POSTAL# 06530207477~MORRIS, CARTER, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040107 08:41 | ML - Mail | 2201534 | | SHI | ~POSTAL# 05886598983~MORRIS, CARTER, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040107 16:21 | IC - Transfer from Inmate to Club A/c | 2203249 | | SHI | ~APPLIANCES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $167.62 | $0.00 | $0.00 |
| 20040113 12:04 | IS - Interest | 2232543 | | SHI | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20040113 22:30 | CN - Canteen | 2245046 | | SHI | ~Canteen Date : 20040113 | $0.00 | $43.26 | $0.00 | $0.00 |
| 20040115 09:11 | ML - Mail | 2258443 | | SHI | ~TRAV EXP# 4359184972~MORRIS, CARTER, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040120 22:30 | CN - Canteen | 2272787 | | SHI | ~Canteen Date : 20040120 | $0.00 | $46.64 | $0.00 | $0.00 |
| 20040123 08:47 | ML - Mail | 2290756 | | SHI | ~WU# 06370216646~MORRIS, CARTER, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040127 22:31 | CN - Canteen | 2303047 | | SHI | ~Canteen Date : 20040127 | $0.00 | $41.86 | $0.00 | $0.00 |
| 20040203 22:31 | CN - Canteen | 2330569 | | SHI | ~Canteen Date : 20040203 | $0.00 | $1.32 | $0.00 | $0.00 |
| 20040204 09:01 | ML - Mail | 2332259 | | SHI | ~POSTAL# 06530179680~MORRIS, CANDACE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040206 08:19 | ML - Mail | 2343993 | | SHI | ~WU# 06370216748~MORRIS, CARTER, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:39 | IS - Interest | 2362090 | | SHI | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040211 07:28 | CN - Canteen | 2374630 | | SHI | ~Canteen Date : 20040210 | $0.00 | $36.95 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20040517 09:09

| | | | | Page : 2 |
|---|---|---|---|---|
| **Commit# :** | W60247 | | MCI SHIRLEY (MEDIUM) | |
| **Name :** | MORRIS, JASON, , | **Statement From** | 20031110 | |
| **Inst :** | MCI SHIRLEY (MEDIUM) | **To** | 20040510 | |
| **Block :** | F-2 | | | |
| **Cell/Bed :** | 55 /55B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040217 22:31 | CN - Canteen | 2402429 | | SHI | ~Canteen Date : 20040217 | $0.00 | $20.72 | $0.00 | $0.00 |
| 20040220 13:03 | IC - Transfer from Inmate to Club A/c | 2420998 | | SHI | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $16.74 | $0.00 | $0.00 |
| 20040304 08:32 | ML - Mail | 2474239 | | SHI | ~POSTAL# 06531471257~MORRIS, CANDICE, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2493466 | | SHI | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040316 22:30 | CN - Canteen | 2535379 | | SHI | ~Canteen Date : 20040316 | $0.00 | $15.57 | $0.00 | $0.00 |
| 20040323 22:30 | CN - Canteen | 2564689 | | SHI | ~Canteen Date : 20040323 | $0.00 | $16.30 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2654014 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040504 08:32 | ML - Mail | 2749072 | | SHI | ~POSTAL# 06531493342~MORRIS, CANDICE, , | $30.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $530.40 | $530.75 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $30.10 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |