UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JASON A. MORRIS,**

                    Petitioner,

                                                      Civil Action

     v.

                                                        No. **04-11026-RWZ**

**CAROL MICI,**

                    Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒     **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. 04-11026-RWZ.**

**ORDERS**

**Based upon the foregoing, it is ORDERED:**

**1.**     **May the application to proceed without prepayment of fees be GRANTED?**
                Yes  ☒    No  ☐

**2.**     **Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?**
                Yes  ☐    No  ☒

**3.**     **Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?**
                Yes  ☒    No  ☐

**May 26, 2004**               **s/ Rya W. Zobel**
**DATE**                          **UNITED STATES DISTRICT JUDGE**

(ifphabe.ord 9/20/96)                                                                                                                      [oifphc.]