# Commonwealth of Massachusetts
## WORCESTER SUPERIOR COURT
### Case Summary
### Criminal Docket

## Commonwealth v Morriss, Jason

Details for Docket: WOCR1995-00371

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR1995-00371 | **Caption:** | Commonwealth v Morriss Jason |
| **Entry Date:** | 06/14/1995 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 11/03/2003 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 09/22/1995 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: WOCR1995-00371

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Morriss | **First Name:** | Jason |
| **Address:** | 115 S. Main Street | **Address:** | |
| **City:** | Southbridge | **State:** | MA |
| **Zip Code:** | 01550 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

6 Attorneys Involved for Docket: WOCR1995-00371

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | O'Brien | **First Name:** | Leslie W |
| **Address:** | PO Box 426 | **Address:** | |
| **City:** | Winchester | **State:** | MA |
| **Zip Code:** | 01890 | **Zip Ext:** | |
| **Telephone:** | 781-756-0111 | **Tel Ext:** | |
| **Fascimile:** | 781-756-0606 | **Representing:** | Morriss, Jason (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Dombrowski | **First Name:** | John M |
| **Address:** | Dombrowski & Aveni | **Address:** | 6 Grove Avenue |
| **City:** | Leominster | **State:** | MA |
| **Zip Code:** | 01453 | **Zip Ext:** | |
| **Telephone:** | 978-840-0001 | **Tel Ext:** | |
| **Fascimile:** | 978-537-6551 | **Representing:** | Morriss, Jason (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Kiers | **First Name:** | Larissa |
| **Address:** | 200 Central Street | **Address:** | |
| **City:** | Lowell | **State:** | MA |
| **Zip Code:** | 01852 | **Zip Ext:** | |
| **Telephone:** | 978-454-9888 | **Tel Ext:** | |
| **Fascimile:** | 978-970-2633 | **Representing:** | Morriss, Jason (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | CARI01 |
| **Last Name:** | Shanahan | **First Name:** | Daniel E |
| **Address:** | 188 Lincoln Street | **Address:** | |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01605 | **Zip Ext:** | |
| **Telephone:** | 508-791-2357 | **Tel Ext:** | |
| **Fascimile:** | 508-754-1980 | **Representing:** | Morriss, Jason (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | WORC02 |
| **Last Name:** | Johnson | **First Name:** | David P |

| | | | | |
|---|---|---|---|---|
| **Address:** | 2 Main Street | | **Address:** | Courthouse Room 220 |
| **City:** | Worcester | | **State:** | MA |
| **Zip Code:** | 01608 | | **Zip Ext:** | 1176 |
| **Telephone:** | 508-755-8601 | | **Tel Ext:** | |
| **Fascimile:** | 508-831-9899 | | **Representing:** | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | | **Firm Name:** | WORC02 |
| **Last Name:** | King | | **First Name:** | Michelle R |
| **Address:** | 2 Main Street | | **Address:** | Courthouse |
| **City:** | Worcester | | **State:** | MA |
| **Zip Code:** | 01608 | | **Zip Ext:** | |
| **Telephone:** | 508-755-8601 | | **Tel Ext:** | |
| **Fascimile:** | 508-831-9899 | | **Representing:** | |

## Calendar Events

20 Calendar Events for Docket: WOCR1995-00371

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 07/03/1995 | 09:00 | Arraignment | 1 | Defendant did not appear/default |
| 2 | 09/22/1995 | 09:00 | Arraignment | 1 | Event held as scheduled |
| 3 | 10/06/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 4 | 10/12/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 5 | 10/18/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 6 | 11/03/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 7 | 11/13/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 8 | 11/20/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 9 | 12/01/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 10 | 12/06/1995 | 09:00 | Conference: Pre-Trial | 1 | |
| 11 | 12/11/1995 | 09:00 | Conference: Pre-Trial | 1 | Event canceled not re-scheduled |
| 12 | 12/14/1995 | 09:00 | Hearing: Plea Change | 1 | Event canceled not re-scheduled |
| 13 | 01/04/1996 | 09:00 | Hearing: Motion | 1 | |
| 14 | 01/08/1996 | 09:00 | Conference: Pre-Trial | 1 | |
| 15 | 01/10/1996 | 09:00 | Conference: Pre-Trial | 1 | |
| 16 | 01/17/1996 | 09:00 | Conference: Pre-Trial | 1 | |
| 17 | 01/19/1996 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 18 | 02/14/1996 | 09:00 | TRIAL: by jury | 1 | |
| 19 | 03/08/1996 | 09:00 | TRIAL: by jury | 1 | Event canceled not re-scheduled |
| 20 | 03/12/1996 | 09:00 | TRIAL: by jury | 1 | Event held as scheduled |

## Full Docket Entries

149 Docket Entries for Docket: WOCR1995-00371

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 06/14/1995 | 1 | Indictment returned |
| 06/19/1995 | | Summons for arraignment issued |
| 07/03/1995 | | Warrant on indictment issued (Donohue,J.) |
| 08/04/1995 | | Filed to locate pending apprehension |
| 09/22/1995 | | Default removed; warrant recalled; (Toomey, J.) |
| 09/22/1995 | | Plea of not guilty |
| 09/22/1995 | | Bail set: $10,000.00 cash w/o prejudice (Daniel F Toomey, Justice) |
| 09/22/1995 | | bail warrant issued. |
| 10/06/1995 | | Appointment of Counsel Shanahan; (Donohue, J.) |
| 10/18/1995 | 2 | ORDER of Court Directing a Mental Examination As To The Defendant's Competence To Stand Trial (sec. 15a); (Toomey, J.) |
| 10/18/1995 | 2 | |
| 01/19/1996 | 3 | Pre-trial conference report filed & approved by court; (Travers, J.) |
| 01/19/1996 | 4 | Deft files Motion For Criminal Records of Witnesses - ALLOWED by agreement; as amended; (Travers, J.) |
| 01/19/1996 | 4 | |
| 03/10/1996 | 5 | Deft files Defendant's Voir Dire Questions |
| 03/10/1996 | 6 | Deft files Request For Jury Instructions |
| 03/11/1996 | | Held Without bail; (Travers, J.) |
| 03/11/1996 | 7 | RE offense 1: Guilty verdict |
| 03/11/1996 | | Held without bail to 3/12/96; (Travers, J.) |
| 03/11/1996 | 8 | RE offense 2: Guilty verdict |
| 03/11/1996 | 9 | RE offense 3: Guilty verdict (Disturbing The Peace) |
| 03/11/1996 | 10 | RE offense 4: Guilty verdict |
| 03/11/1996 | 11 | RE offense 5: Guilty verdict |
| 03/11/1996 | 12 | RE offense 6: Guilty verdict |
| 03/11/1996 | 13 | RE offense 7: Guilty verdict |
| 03/11/1996 | 14 | RE offense 8: Guilty verdict |
| 03/11/1996 | 15 | RE offense 9: Guilty verdict |
| 03/12/1996 | 16 | Deft files Waiver of Jury Trial re Subsequent Offense of Use Without Authority (4th Offense), 95-0371(6). |
| 03/12/1996 | 16 | |
| 03/12/1996 | | Finding by Court: (Guilty Finding by court re Use w/o Authority - 4th offense); (Travers, J.) |
| 03/12/1996 | | |
| 03/12/1996 | | Sentence imposed re Offense #1: 2 years House of Correction conc w/95-0371(7); (Travers, J.) |
| 03/12/1996 | | |
| 03/12/1996 | | Sentence credit given as per 279:33A: 173 days |

| Date | # | Entry |
|---|---|---|
| 03/12/1996 | | Victim-witness fee assessed: $50.00 |
| 03/12/1996 | | Sentence imposed re Offense #2: Filed; (Travers, J.) |
| 03/12/1996 | | Sentence imposed re Offense #3: Filed; (Travers, J.) |
| 03/12/1996 | | Sentence imposed re Offense #4: Filed; (Travers, J.) |
| 03/12/1996 | | Sentence imposed re Offense #5: 2 years House of Correction conc w/95-0371(7), 173 days credit; (Travers, J.) |
| 03/12/1996 | | Victim-witness fee assessed: $30.00 |
| 03/12/1996 | | Sentence imposed re Offense #6 as to 4th offense: 2 1/2 - 5 years Cedar Junction conc w/95-0371(7), 173 days credit; (Travers, J.) |
| 03/12/1996 | | Victim-witness fee assessed: $50.00 |
| 03/12/1996 | | Sentence imposed re Offense #7: 9-10 years Cedar Junction; (Travers, J.) |
| 03/12/1996 | | Sentence credit given as per 279:33A: 173 days |
| 03/12/1996 | | Victim-witness fee assessed: $50.00 at Cedar Junction |
| 03/12/1996 | | Mittimus issued to Cedar Junction |
| 03/12/1996 | | Sentence imposed re Offense #8: Filed; (Travers, J.) |
| 03/12/1996 | | Sentence imposed re Offense #9: Filed; (Travers, J.) |
| 03/22/1996 | 17 | Notice of appeal (verdicts) filed. |
| 03/22/1996 | 18 | Notice of appeal (sentence) filed. |
| 03/22/1996 | 19 | Withdrawal of appearance filed by Shanahan |
| 03/22/1996 | | Motion (P#19) allowed (James P. Donohue, Justice) |
| 03/22/1996 | | Committee for Public Counsel Services appointed (Donohue, J.) |
| 04/02/1996 | | Court Reporter JANE ESPOSITO is hereby notified to prepare one copy of the transcript of the evidence of March 11 & 12, 1996. |
| 04/02/1996 | | Victim-witness fee paid as assessed - $50.00 |
| 04/12/1996 | | Appointment of Counsel Larissa Kiers |
| 05/14/1996 | | Deft files Motion for Waiver Substitution or State Payment of Fees & Costs w/affidavit of indigency |
| 03/03/1997 | 20 | Motion (P#20) ALLOWED - victim witness fee waived due to hardship (Travers,J) |
| 03/03/1997 | 20 | Transcript received from Jane Esposito - 2 volumes 3/11 & 3/12/96 |
| 04/17/1997 | | Deft files Motion to Revoke & Revise w/Affidavit in Support of (copy of motion mailed to Atty Kiers & deft at his request) |
| 04/17/1997 | | Motion (P#21) DENIED (Travers,J) (DA, prob & deft notified) |
| 09/04/1997 | | Notice of assembly of record; Notices mailed to John Conte, District Attorney, Atty Larissa Kiers, Notice under Appellate Rule 9(d) mailed to Appeals Court together with lis of exhibits, 2 volumes of original transcripts and 1 copy, 2 certified copies of docket entries & Clerk's statement of case and certified copy of Notice of Appeal. |
| 03/13/1998 | 21 | Case entered in Appeals Court on 3/27/98 #98-P-605 |
| 03/13/1998 | 21 | Copy of indictments, docket & notice of Appeal mailed to Atty Kiers |
| 03/17/1998 | | |
| 03/24/1998 | | |
| 03/24/1998 | | |
| 03/24/1998 | | |
| 03/24/1998 | | |
| 03/24/1998 | | |
| 03/30/1998 | | |
| 05/21/1998 | | |

| Date | # | Entry |
|---|---|---|
| 11/09/1998 | | Sentence appeal assembled and mailed to Appellate Division. |
| 04/07/1999 | 22 | Rescript rec'd from Appeals Court dated 1/27/99 with Memorandum and Order Pursuant to Rule 1:28 - Judgments affirmed (copy to DA & Atty Kiers) |
| 07/12/2000 | 23 | Deft files Motion for Transcripts Within (10) Ten Days of Such Propective Order |
| 07/12/2000 | 24 | Deft files Attachment for Habeas Corpus to Be (Executed) "Within" Ten (10) Days of Such Order |
| 07/21/2000 | | Letter with District Court complaints rcv'd & returned to defendant with note stating that these were not filed in proper Court & should be mailed to District Court (per L.Lamoureux) |
| 08/09/2000 | 25 | Deft files Motion for Transcripts with Such Prospective Order and/or Entry (duplicate filing) |
| 08/09/2000 | 26 | Deft files Motion for Habeas Corpus Within Ten (10) Days of Such Entry (duplicate filing) |
| 08/11/2000 | | Letter rcv'd from deft with copies of Motions (P#17, 23 & 24) |
| 08/11/2000 | 27 | Deft files Motion for Transcripts Within Such Prospective Order and/or Entry (duplicate filing) |
| 08/11/2000 | 28 | Deft files Motion for Habeas Corpus Withing Ten (10) Days of Such Entry (duplicate filing) |
| 08/11/2000 | | Copies of all papers filed on 8/11/00 & docket entries mailed to deft |
| 09/01/2000 | 29 | Deft files Application for trial transcripts |
| 09/08/2000 | | Deft's correspondence rcv'd from Appeals Court & placed in file (RE: P#29) Your trial transcripts were prepared by the Court Reporter for your Appeal. The original transcripts were mailed to the Appeals Court & Atty Larissa Kiers received a copy. You may want to contact her about obtaining a copy, as the Clerk's Office no longer has a copy. |
| 11/28/2000 | 30 | Case have been assigned to Atty Leslie O'Brien for the purpose of reviewing post-conviction colateral matters to determine whether counsel should be appointed. |
| 01/23/2001 | | Appointment of Counsel John M Dombrowski (dated 5/11/00) |
| 02/16/2001 | 31 | Letter rvcv'd from CPCS stating that after reveiw, it has been decided that no counsel shall be appointed (William J. Leahy, Chief Counsel) |
| 03/02/2001 | 32 | Deft files Motion for Relief Under the Massachusetts Law Rule #30 w/Exhibits (case to Toomey,J) |
| 03/02/2001 | 33 | Deft files Motion for Habeas Corpus (case to Toomey,J) |
| 03/16/2001 | 34 | Deft files Motion to Conjunct and/or Consolidate with the Rule #30 (to Toomey,J) |
| 04/06/2001 | 35 | Deft files Petition for Writ of Habeas Corpus Ad Testificandum with |

| Date | # | Entry |
|---|---|---|
| 04/06/2001 | 35 | Seventh Argument Rule #30 & Deft's First Habeas Corpus (to Toomey,J) |
| 05/07/2001 | | Copy of docket mailed to deft |
| 06/04/2001 | 36 | Memorandum of Decision and Order on Defendant's Motion for Post Conviction Relief - DENIED (Hillman,J) (copies to DA, prob & deft) |
| 06/06/2001 | | Copy of docket mailed to deft |
| 06/11/2001 | 37 | Notice of appeal filed by deft ( Re: P #36) |
| 06/12/2001 | 38 | Notice of assembly of record; Notices mailed to John Conte, District Atty & deft. Notice under Appellate Rule 9(d) mailed to Appeals Court, togheter with 2 certified copies of the docket entries, the Clerk's statement of the case & a certifed copy of the Notice of Appeal |
| 06/13/2001 | | Copy of docket mailed to deft |
| 06/14/2001 | | Duplicate notice of appeal (attached to P#37) |
| 06/15/2001 | | Case entered in Appeals Court on 6/14/01 #2001-P-0791 |
| 06/18/2001 | | Copy of docket mailed to deft |
| 07/09/2001 | | Last page of docket mailed to deft |
| 07/24/2001 | 39 | ORDERED: that the judgments imposing said sentences stand and that said appeal be and is hereby dismissed (Appellate Division dated 5/14/01) (copies to DA, prob & deft) |
| 09/14/2001 | 40 | Appearance of Deft's Atty: Leslie W O'Brien (copies of P# 32 - 37 mailed) |
| 09/18/2001 | | Copy of docket sent to deft |
| 11/26/2001 | | Copy of docket mailed to defendant |
| 02/26/2002 | | Copy of docket mailed to defendant |
| 11/03/2003 | 41 | Rescript received from Appeals Court; judgment AFFIRMED with Memorandum & Order Pursuant to Rule 1:28 - Order denying motion for new trial affirmed (Appeals Court #01-P-791 dated 8/22/03) (copy to deft & DA) |
| 12/01/2003 | | Docket mailed to defendant |
| 03/23/2004 | 42 | MEMORANDUM & JUDGMENT: ... To the extent the defendant has raised new claims in his present petition, G.L. c.211, s 3 is not the means for doing so. Petition denied." (Cowin,J) (SJC #SJ-2004-0016 dated 3/22/04) |

## Charges

9 Charges for Docket: WOCR1995-00371

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Leave accident, property damage | WODA95-00371 | Guilty ver( |

| | | | |
|---|---|---|---|
| 2 | Unauthorized use of MV | WODA95-00371 | Guilty ver( |
| 3 | Receive stolen MV | WODA95-00371 | Guilty ver( |
| 4 | Refuse to give name, liscense, reg, fail to stop MV for police officer | WODA95-00371 | Guilty ver( |
| 5 | Wanton destruc of real/personal property | WODA95-00371 | Guilty ver( |
| 6 | Assault & battery on police officer | WODA95-00371 | Guilty ver( |
| 7 | Operate MV recklessly/negligently, endangerment | WODA95-00371 | Guilty ver( |
| 8 | Disorderly person | WODA95-00371 | Guilty ver( |
| 9 | Disorderly person | WODA95-00371 | Guilty ver( |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.