UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 23 P 12:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. #2004-11026-RWZ,

Mr. Jason A. Morris
    Petitioner

-Vs-

Ms. Carol Mici
    Respondent

## PETITONER'S MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes the Petitioner, Mr. Jason A. Morris who is Pro-Se and would respectfully ask that Counsel be appointed due to this Petitoner's lack of formal and Legal education and is able to research or present these claim[s] properly. The Petitioner is unable to investigate these issue[s] thoroughly in a way usually presented to this Honorable Court.

    This Petitioner is indigent due to his confinement within the Correctional Facility in Massachusetts and therefore without the proper means to hire an appropriate Attorney to represent him on this Appeal. It should further be noted, The Petitioner would have been unable to proceed this far except that he used a Jail house advisor, which would be a state inmate as well who is in fact untrained in the Laws of the United States.

    THE PETITIONER WOULD RESPECTFULLY REQUEST DUE TO THE ABOVE-ENTITLED REASON[S] IN SAID MOTION, COUNSEL BE APPOINTED TO FURTHER HELP IN THE MERIT]S] OF THIS CLAIM.

Respectfully Submitted,

Dated: June 18, 2004,

CC: Filed.

Mr. Jason A. Morris Pro-Se
M.C.I. Shirley Medium W#60247
Shirley, Ma 01464-1218