UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. #2004-11026-RWZ,

Mr. Jason A. Morris
Petitioner

-Vs-

Ms. Carol Mici
Respondent

## PETITIONER'S MOTION FOR AN EVIDENTIARY HEARING

Now comes the Petitioner, Mr. Jason A. Morris who is Pro-Se and would ask respectfully that the District Court Judge to further ORDER an Evidentiary Hearing whether Counsel is appointed or not.

In the present Case Mr. Morris has raised a number of serious claim[s] which have never been discussed, "UNREASONABLE APPLICATION" AND/OR "CONTRARY TO" and lastly, "OBJECTIVELY UNREASONABLE".

The Petitioner herein, correctly identifies a huge oversight in Case Law that has been applied to other case[s] OBJECTIVELY UNREASONABLE a hearing is good for both side[s] so an opportunity exist[s] to argue their positions appropriately.

This will also assist this Honorable Court on the true nature of these error[s] this Petitioner has shown a substantial claim which affect[s] his decision to appeal would create a substantial risk of a miscarriage of justice requiring a full hearing.

Respectfully Submitted,

Dated: June 18, 2004,

Mr. Jason A. Morris Pro-Se
M.C.I. Shirley Medium W#60247
Shirley, Ma 01464-1218

CC: Filed.