Mr. Jason A. Morris
M.C.I. Shirley Medium W#60247
Post Office Box #1218
Shirley, Massachusetts 01464

Mr. Anthony Anastas Clerk,         Dated: July 15, 2004,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
One Courthouse Way
Boston, Massachusetts 02210

RE: <u>MORRIS -Vs- MICI, C.A. #2004-11026-RWZ,</u>

Dear Mr. Anastas:

On June 18, 2004, I sent to this Office the following Motion(s) (1) PETITIONER'S MOTION IN OPPOSITION TO THE RESPONDENT'S MOTION TO DISMISS ON THE GROUND THAT THE PETITION IS TIME-BARRED. (2) PETITIONER'S MOTION TO AMEND PETITION AFTER COUNSEL IS APPOINTED. (3) PETITIONER'S MOTION FOR AN EVIDENTIARY HEARING. (4) PETITIONER'S MOTION TO APPOINT COUNSEL. (5) ATTACHED EXHIBIT'S 1, THROUGH 86. (6) CERTIFICATE OF SERVICE.

Today is the 15Th Day of July 2004, I would like to hear if these Motion(s) were filed (o)r the Status of these Motion(s) would be nice as well has the State Of Massachusetts replied yet Please be advised, I will continue to stress my innocence regarding the Charge M.G.L.s c. 266 § 28.

I would appreciate any type of response from this Office (a)ll help is greatly appreciated. I will therefore await your reply patiently..

<u>THANK YOU FOR YOUR COMPLETE COOPERATION IN ADVANCE</u>

Respectfully Yours,

CC: One Of Four Copies (Filed)

Mr. Jason A. Morris