UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASON A. MORRIS
        Petitioner

                                     CIVIL ACTION

V.

                                     NO. 04CV11026-RWZ

CAROL MICI
        Respondent


ORDER OF DISMISSAL


ZOBEL, D. J.

     In accordance with the Court's Memorandum and Order dated 1/27/05 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                               By the Court,

1/27/05                                                  s/ Lisa A. Urso
Date                                                    Deputy Clerk