UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11026-RWZ

JASON A. MORRIS

v.

CAROL MICI

ORDER

February 11, 2005

ZOBEL, D.J.,

      Petitioner seeks a certificate of appealability of this court's order dismissing the petition as untimely under the AEDPA, 28 U.S.C. § 2244(d)(1)(A). He relies on the same grounds for appeal he had raised initially for relief in this court. However, this court did not reach them because the petition was filed after the statute of limitations had run. That ruling does not directly implicate the denial of any constitutional rights, nor does this appeal raise a serious question of law. The request for a certificate of appealability is denied.

                                                  /s/ Rya W. Zobel
    DATE                                    RYA W. ZOBEL
                                                  UNITED STATES DISTRICT JUDGE