UNITED STATES DISTRICT COURT
District Of Massachusetts

C.A. #2004-11026-RWZ,

MR. JASON A. MORRIS
    Petitioner

-Vs-

MS. CAROL MICI
    Respondent

PETITIONER'S NOTICE OF APPEAL

Now comes the Petitioner, Mr. Jason A. Morris who is Pro-Se and would ask respectfully that this Honorable Court Pursuant to:

FEDERAL APPELLATE PROCEDURES Rule (4)

As to the Ruling submitted by this Honorable Court on, day 27th of January 2005, ORDER dismissing this Petitioner's Petition under 28 U.S.C. §2254 by ORDER under 28 U.S.C. §2244, ZOBEL, D.J.

Dated: January 31, 2005,

Respectfully Submitted,

CC: Filed.
Susanne Reardon

Mr. Jason A. Morris Pro-Se
M.C.I. Shirley Medium W#60247
Post Office Box #1218
Shirley, Massachusetts 01464

## CERTIFICATE OF SERVICE

This Petitioner, Mr. Jason A. Morris would certify that a copy of the foregoing Motions and requests;

1.) <u>Petitioner's Notice Of Appeal</u>

2.) <u>Petitioner's Request For Certificate Of Appealability</u>

was sent by first class mail to;

        Susanne Reardon

        Assistant District Attorney

        Criminal Bureau

        1, Ashburton Place

        Boston, Massachusetts 02108

On the date typewritten below;

Dated: January 31, 2005,

                              Respectfully Submitted,

CC: Filed.
    U.S. District Court

                              Mr. Jason A. Morris Pro-Se
                              M.C.I. Shirley Medium W#60247
                              Post Office Box #1218
                              Shirley, Massachusetts 01464