## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-11026

Mr. Jason A. Morris

v.

Ms. Carol Mici

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: *3/22/05* .

*[signature]*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11026-RWZ

Morris v. Mici
Assigned to: Judge Rya W. Zobel
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/20/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jason A. Morris**

represented by **Jason A. Morris**
MCI Shirley-Medium
P.O. Box 1218
Shirley, MA 01464
PRO SE

V.

**Respondent**

**Carol A. Mici**
*Superintendent*

represented by **Susanne G. Reardon**
Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email:
susanne.reardon@ago.state.ma.us

*ATTORNEY TO BE NOTICED*

| Date | # | Docket Text |
|------|---|-------------|
|      |   |             |

| Filed | | | |
|-------|---|---|---|
| 05/20/2004 | | ●1 | MOTION for Leave to Proceed in forma pauperis by Jason A. Morris.(Jenness, Susan) (Entered: 05/21/2004) |
| 05/20/2004 | | ●2 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Jason A. Morris.(Jenness, Susan) (Entered: 05/21/2004) |
| 05/20/2004 | | ● | Case undergoing preliminary screening (Jenness, Susan) (Entered: 05/21/2004) |
| 05/21/2004 | | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 05/21/2004) |
| 05/26/2004 | | ●3 | Judge Rya W. Zobel : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. (Weissman, Linn) (Entered: 05/27/2004) |
| 05/26/2004 | | ●4 | Judge Rya W. Zobel : ORDER entered SERVICE ORDER re: 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Weissman, Linn) (Entered: 05/27/2004) |
| 06/08/2004 | | ●5 | MOTION to Dismiss *as time-barred* by Carol A. Mici. (Reardon, Susanne) (Entered: 06/08/2004) |
| 06/09/2004 | | ●6 | Attachment to #5 Respondents Motion to Dismiss (Docket Sheets) (Johnson, Jay) (Entered: 06/10/2004) |
| 06/23/2004 | | ●7 | MOTION to Appoint Counsel by Jason A. Morris. (Johnson, Jay) (Entered: 06/24/2004) |
| 06/23/2004 | | ●8 | MOTION to Amend 2 Petition for writ of habeas corpus (28:2254) after counsel is appointed by Jason A. Morris.(Johnson, Jay) (Entered: 06/24/2004) |
| 06/24/2004 | | ●9 | MOTION for Evidentiary Hearing by Jason A. Morris. |

| | | |
|---|---|---|
| | | (Johnson, Jay) (Entered: 06/24/2004) |
| 06/24/2004 | ⊙10 | Opposition re 5 MOTION to Dismiss *as time-barred* filed by Jason A. Morris. (Johnson, Jay) (Entered: 06/24/2004) |
| 07/19/2004 | ⊙11 | Letter/request (non-motion) from Jason A. Morris regarding status on pending motions. (Johnson, Jay) (Entered: 07/21/2004) |
| 07/21/2004 | ⊙ | Docket Sheet Sent to Plaintiff 7/21/04 (Johnson, Jay) (Entered: 07/21/2004) |
| 01/27/2005 | ⊙12 | Judge Rya W. Zobel : ORDER entered granting 5 Motion to Dismiss, denying 7 Motion to Appoint Counsel, denying 8 Motion to Amend, denying 9 Motion for Hearing as moot. (Urso, Lisa) (Entered: 01/27/2005) |
| 01/27/2005 | ⊙13 | Judge Rya W. Zobel : ORDER entered. ORDER DISMISSING CASE(Urso, Lisa) (Entered: 01/27/2005) |
| 02/02/2005 | ⊙14 | MOTION for Certificate of Appealability by Jason A. Morris.(Johnson, Jay) (Entered: 02/03/2005) |
| 02/11/2005 | ⊙15 | Judge Rya W. Zobel : ORDER entered denying 14 Motion for Certificate of Appealability (Urso, Lisa) Modified on 2/15/2005 (Johnson, Jay). (Entered: 02/11/2005) |
| 02/24/2005 | ⊙16 | NOTICE OF APPEAL as to 12 Order on Motion to Dismiss, Order on Motion to Appoint Counsel, Order on Motion to Amend, Order on Motion for Hearing, 13 Order Dismissing Case by Jason A. Morris. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/16/2005. (Johnson, |

Jay) (Entered: 03/15/2005)