# United States Court of Appeals
## For the First Circuit

No. 05-1421

MANDATE

JASON A. MORRIS,

Petitioner, Appellant,

v.

CAROL A. MICI, SUPERINTENDENT,

Respondent, Appellee.

Before

Boudin, *Chief Judge*,
Campbell and Stahl, *Senior Circuit Judges*.

JUDGMENT

Entered: December 23, 2005

Petitioner Jason A. Morris seeks relief under 28 U.S.C. § 2254 from his criminal convictions in Massachusetts state court, alleging he was subjected to double jeopardy. The district court deemed his petition untimely under 28 U.S.C. § 2244(d), and denied his request for a certificate of appealability on the issue. Petitioner does not offer any actual rebuttal to the determination of untimeliness, but urges that his substantive challenge to his convictions is so weighty and important that it should be heard in spite of the lapse of the limitations period. We decline the invitation to bypass § 2244(d).

The request for a certificate of appealability is *denied* and the appeal is *terminated*.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/14/06

By the Court:
Richard Cushing Donovan, Clerk.

By: JULIE GREGG
Operations Manager.

[cc: Jason A. Morris and Susanne G. Reardon, AAG]